UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO: **10-80149-CR**

Plaintiff

vs.

**Robert Meek**,

### SENTENCING MINUTES

DATE: **2/17/12**  Court Reporter: ~~Stephen Franklin~~ **Larry Herr**

AUSA **Paul Schwartz**  Defense Counsel: **Kevin Kulik**

Deputy Clerk: Irene Ferrante

### JUDGMENT AND SENTENCE

Imprisonment **66** MONTHS as to COUNTS **two**

Probation _____ YEARS as to COUNTS _____

Supervised Release **one** YEARS as to Counts _____

✓ Association restriction ___ Employment Requirement ✓ Permissible Search ___ Deportation

___ Mental Health Treatment ___ Substance abuse treatment ___ Financial disclosure ___ No debt

___ No self-employment ✓ Related concern restriction ___ Sex offender conditions

Assessment $ **100.00**  Fine **∅**  Restitution: _____

___ Counts remaining dismissed on Government motion _____

✓ Defendant advised of his right to appeal.

___ Remanded to U.S. Marshal

✓ Voluntary Surrender on or before **5-4-12 by 2:00pm**

Recommendation to the Bureau of Prisons **FPC-Pensacola**

Time in court: **:10**